BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 08-11882-B-7 |
| LARRY TYRONE BURRUS, | Chapter 7 |
| Debtor. | DC No. BMS-2 |
| | **MOTION TO SELL PROMISSORY NOTES SECURED BY REAL PROPERTY** |
| | Date: June 9, 2010<br>Time: 10:00 a.m.<br>Dept: B, Hon. W. Richard Lee |

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee") in the above-referenced case, respectfully moves the court for an order approving the sale of three promissory notes secured by real property and represents as follows:

1. Debtor, Larry Tyrone Burrus ("Debtor"), filed his Chapter 7 bankruptcy petition on April 3, 2008. Trustee is the duly appointed, qualified and acting trustee in the above-referenced case.

2. This court has jurisdiction over this motion by virtue of 28 U.S.C. §1334 and 11 U.S.C. §363. This is a core matter under 28 U.S.C. §157(b)(2)(A) & (N).

3. The assets of the estate include three promissory notes which are secured by real property. Trustee seeks to sell the notes to Old Dominion Capital on the terms set forth below.

4. **NOTE No. 1:** This is a promissory note by Joseph Puckett dated August 21, 2007, for the principal sum of $42,000.00 with interest from September 1, 2007 at the rate of 8.75%, payable in monthly installments of $330.00 due the first day of each month beginning October 2007, continuing until September 1, 2037. The note is secured by a deed of trust on the real property located at 115 - 117 E. Fresno Street, Fresno, California. The current fair market value of the real property is estimated to be between $45,000 to $50,000. The principal balance owed on the property at the time of the bankruptcy filing, was $41,657.40. Trustee has received 18 payments. Old Dominion Capital has offered to purchase the Note and Deed of Trust for $25,000.00. There are 3 deeds of trust on title senior to the this deed of trust. The parties anticipate that those liens shall be cleared from title prior to close of escrow. There are also various liens in favor of the City of Fresno amounting to approximately $3,000.00 which shall be paid by seller at close of escrow. Buyer shall pay for all title insurance. Buyer and seller shall split the costs of escrow. Buyer shall be entitled to all payments on the note from May 2010 forward.

5. **NOTE No. 2:** This is a promissory note by Gloria Delgadillo, Valentin Brambila and Veronica Brambila dated October 27, 2006, for the principal sum of $64,906.65 with interest from November 1, 2006, at the rate of 7.75%, payable in monthly installments of $465.00 due the first day of each month beginning December 2006, continuing until November 1, 2036, or paid. The note is secured by a deed of trust on the real property located at 2201 S. Nicholas Avenue, Fresno, California. The current fair market value of the real property is estimated to be between $48,000 to $55,000. The principal balance owed on the property at the time of the bankruptcy filing, was approximately $63,732.29. Trustee has received 19 payments. Old Dominion Capital has offered to purchase the Note and Deed of Trust for $27,500.00. There is one deed of trust on title senior to the this deed of trust, also in favor of the debtor. This deed of trust shall be reconveyed at the close of escrow as it should have been previously. The deed of trust which is the subject of this sale was a refinance of the previous one. Buyer shall pay for all title insurance. Buyer and seller shall split the costs of escrow. Buyer shall be entitled to all

1 | payments on the note from May 2010 forward.

6. **NOTE No. 3:** This is a promissory note by Veronica Brambila dated October 27, 2006, for the principal sum of $69,792.00 with interest from November 1, 2006, at the rate of 7.75%, payable in monthly installments of $500.00 due the first day of each month beginning December 2006, continuing until November 1, 2036, or paid. The note is secured by a deed of trust on the real property located at 3812 E. Mono, Fresno, California. The current fair market value of the real property is estimated to be between $35,000 to $38,000. The principal balance owed on the property at the time of the bankruptcy filing, was approximately $68,529.24. Trustee has received 16 payments. Old Dominion Capital has offered to purchase the Note and Deed of Trust for $19,000.00. Buyer shall pay for all title insurance. Buyer and seller shall split the costs of escrow. Buyer shall be entitled to all payments on the note from May 2010 forward.

7. Trustee has been receiving the monthly payments for each of the three real properties, which would continue for years to come. In order to bring this bankruptcy estate to a close, it is necessary for Trustee to sell the notes. Trustee believes the sale to Old Dominion Capital is beneficial to the creditors and that the prices are justified given the low values of the property.

WHEREFORE, Trustee prays that the sale of the Notes and Deeds of Trust to Old Dominion Capital be approved.

Dated: May 2, 2010

_____
Beth Maxwell Stratton, Chapter 7 Trustee