BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In the Matter of

LARRY TYRONE BURRUS,

    Debtor.

Case No. 08-11882-B-7

Chapter 7

DC No. BMS-2

**NOTICE OF HEARING ON MOTION TO SELL PROMISSORY NOTES SECURED BY REAL PROPERTY**

Date: June 9, 2010
Time: 10:00 a.m.
Dept: B, Hon. W. Richard Lee

  NOTICE IS HEREBY GIVEN that on June 9, 2010 at 10:00 a.m. in Department B of the above-entitled court, located at 2500 Tulare Street, Courtroom 12, Fifth Floor, Fresno, California, Beth Maxwell Stratton, Chapter 7 Trustee in the above-entitled case, shall move the court for an order approving the sale of three Promissory Notes Secured by Deeds of Trust, to Old Dominion Capital for $25,000.00, $27,500.00 and $19,000.00. For details regarding the notes and the security for each one, please see the motion filed herewith.

  PLEASE TAKE FURTHER NOTICE that said motion has been brought under the local rules of the bankruptcy court. Pursuant to said local rule, opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the clerk, the undersigned, and any other parties requesting special notice by the responding party not less than fourteen (14) days preceding the date or continued date of hearing. A responding party

who has no opposition to the granting of the motion may serve and file a statement to that effect, specifically designating the motion in question. Without good cause, no party will be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. **Unless written opposition and supporting evidence are filed with the clerk and served on the moving party, the court may resolve the matter without oral argument.**

For further particulars on the motion, or for a copy of the motion and supporting declaration, you may contact the undersigned at the above address, or you may obtain a copy from the clerk of the Bankruptcy Court, located at 2500 Tulare Street, Fresno, California.

Dated: May 2, 2010

_____
Beth Maxwell Stratton, Chapter 7 Trustee