BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 08-11882-B-7 |
| | Chapter 7 |
| LARRY TYRONE BURRUS, | DC No. BMS-2 |
| Debtor. | |
| | **DECLARATION OF BETH MAXWELL STRATTON IN SUPPORT OF MOTION TO SELL PROMISSORY NOTES SECURED BY DEEDS OF TRUST** |
| | Date: June 9, 2010<br>Time: 10:00 a.m.<br>Dept: B, Hon. W. Richard Lee |

I, Beth Maxwell Stratton, declare as follows:

1. I am the duly appointed, qualified and acting Chapter 7 Trustee in the above-referenced bankruptcy proceeding.

2. I have read the foregoing Motion to Sell Promissory Notes Secured by Deeds of Trust, and each of the statements made therein are true and correct and are of my own personal knowledge, except as to those which are stated on information and belief and as to those, I believe them to be true.

///

FILED
May 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002606097

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this _____ day of May, 2010, at Fresno, California.

_____
Beth Maxwell Stratton