**ABDENOUR ACHAB**
1000 Sibley Street
Apt. 23
Folsom, California  95630
Telephone: (916) 608-8847
Facsimile: (916) 404-8848
abdenour.achab@gmail.com

**Abdenour Achab**

Individual Investor

FILED
MAY 26 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 08-11882-B-7 |
| LARRY TYRONE BURRUS | Chapter 7 |
| Debtor. | DC No.   AA-1 |

## OBJECTION TO MOTION TO SELL

Abdenour Achab ("Achab") objects to the Motion To Sell filed by the Debtors (Docket Control No.: BMS-2). Achab's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED May 25, 2010.

                              ABDENOUR ACHAB

                              By: _____
                              Abdenour Achab
                              1000 Sibley Street
                              Apt. 23
                              Folsom, California  95630
                              Individual Investor

1

# MEMORANDUM OF POINTS AND AUTHORITIES

Beth Maxwell Stratton (the "Trustee") has filed a Motion to Sell (the "Motion") three promissory notes and trust deeds (the "Assets"). Achab objects.

The Motion (Docket Control No.: BMS-2) is not in the best interest of the estate. The sale prices stated in the Motion do not represent the fair market value of the Assets. The offer Achab sent to the trustee (Exhibit 1) proves that the trustee can sell each of the 3 Assets for a price that is at least $500 higher than the sale price stated in the Motion. Furthermore, by filing a Motion To Sell that states that the sales are subject to higher and better offers at the Sale Hearing, there is a possibility that one or more of the notes will sell for an even higher price than the price offered by Achab to the Trustee.

Wherefore, Achab requests that the Motion to Sell be denied.

DATED May 25, 2010.

ABDENOUR ACHAB

By: _____
Abdenour Achab
1000 Sibley Street
Apt. 23
Folsom, California   95630
Individual Investor

Copy mailed on May 25, 2010 to:

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA   95650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

2

*Exhibit 1*

Abdenour Achab
1000 Sibley Street
Apt. 23
Folsom, CA 95630
(916) 608-8847

May 25, 2010

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 95650

### Ref.: In re Larry Tyrone Burrus, Case No. 08-11882-B-7

### Offer to Purchase 3 Promissory Notes and Trust Deeds (the "Assets")

Dear Ms. Stratton:

This is an offer, by Equity Trust Company Custodian FBO Abdenour Achab Roth IRA ("Equity Trust") and Abdenour Achab ("Achab"), to purchase the above referenced Bankruptcy Estate's Assets for the exact same terms that you and Old Dominion Capital have agreed to, except for the higher prices offered below. No deposits are included with the offers. Deposits will be brought to the sale's hearing.

**NOTE No. 1:** The promissory note by Joseph Puckett dated August 21, 2007, for the principal sum of $42,000.00. Equity Trust offers to purchase the Note and Deed of Trust for $25,500.

**NOTE No. 2:** The promissory note by Gloria Delgadillo, Valentin Brambila and Veronica Brambila dated October 27, 2006, for the principal sum of $64,906.65. Achab offers to purchase the Note and Deed of Trust for $28,000.

**NOTE No. 3:** The promissory note by Veronica Brambila dated October 27, 2006, for the principal sum of $69,792.00. Achab offers to purchase the Note and Deed of Trust for $19,500.

Very truly yours,

Abdenour Achab
(916) 608-8847