UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | |
|---|---|
| **Case Title :** Larry Tyrone Burrus | **Case No :** 08-11882 - B - 7<br>**Date :** 6/9/10<br>**Time :** 10:00 |
| **Matter :** | [163] - Motion/Application to Sell [BMS-2]<br>Filed by Trustee Beth Maxwell Stratton (morf) |
| **Judge :** | W. Richard Lee |
| **Courtroom Deputy :** | Jennifer Dauer |
| **Reporter :** | Karen Griswold |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
  Trustee - Beth Maxwell Stratton
**Respondent(s) :**
  Objecting Party - Abdenour Achab

MOTION was :
Granted