2008-11882
FILED
July 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002755005

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In the Matter of

LARRY TYRONE BURRUS,

          Debtor.

Case No. 08-11882-B-7

Chapter 7

DC No. BMS-2

**ORDER GRANTING MOTION TO SELL PROMISSORY NOTES SECURED BY REAL PROPERTY**

Date: June 9, 2010
Time: 10:00 a.m.
Dept: B, Hon. W. Richard Lee

    The hearing on the Trustee's motion to sell promissory notes secured by real property came on for hearing on June 9, 2010, at 10:00 a.m., the Honorable W. Richard Lee, presiding. Beth Maxwell Stratton, Chapter 7 Trustee, appeared. An opposition was filed with the court which the court duly considered. There were bidders present. The Chapter 7 Trustee conducted an auction and reported back to the court with her recommendation. After considering the pleadings, the opposition, and hearing the recommendation of the trustee,

    IT IS HEREBY ORDERED:

    The motion to sell the promissory notes secured by deeds of trust is granted. The promissory notes shall be sold, in accordance with the terms set forth in the motion, as follows.

    The promissory note made by Joseph Puckett in the principal sum of $42,000 secured by a deed of trust on the real property located at 115-117 Fresno Street, Fresno, California,

RECEIVED
July 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002755005

recorded Fresno County Records as instrument no. 20070159189 may be sold to Equity Trust Company, Custodian FBO Abdenour Achab Roth IRA, for the sum of $30,500. If for any reason, the buyer cannot complete the sale within 20 days from the date of entry of this court order, the promissory note may be sold by the trustee to Old Dominion Capital for the sum of $30,000.

The promissory note made by Gloria Delgadillo, Valentin Brambila and Veronica Brambila in the principal sum of $64,906.65 secured by a deed of trust on the real property located at 2201 S. Nicholas, Fresno, California, recorded Fresno County Records as instrument no. 20060231753, may be sold to Abdenour Achab, for the sum of $34,000. If for any reason, the buyer cannot complete the sale within 20 days from the date of entry of this court order, the promissory note may be sold by the trustee to Old Dominion Capital for the sum of $33,500.

The promissory note made by Veronica Brambila in the principal sum of $69,792 secured by a deed of trust on the real property located at 3812 E. Mono, Fresno, California, recorded Fresno County Records as instrument no. 20060231752, may be sold to Old Dominion Capital, for the sum of $31,000. If for any reason, the buyer cannot complete the sale within 20 days from the date of entry of this court order, the promissory note may be sold by the trustee to Abdenour Achab for the sum of $30,500.

Trustee is authorized to incur such costs and expenses as necessary to complete the sale and is further authorized to execute all documents necessary to complete the sales, as set forth in the motion, including the execution of assignments of the deeds of trust.

Dated: July 08, 2010

_____
W. Richard Lee
United States Bankruptcy Judge