FILED
July 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002809973

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In the Matter of

LARRY TYRONE BURRUS,

    Debtor.

Case No. 08-11882-B-7

Chapter 7

DC No. BMS-3

**DECLARATION OF BETH MAXWELL STRATTON IN SUPPORT OF MOTION TO SELL PROMISSORY NOTE SECURED BY DEED OF TRUST**

Date: August 25, 2010
Time: 10:00 a.m.
Dept: B, Hon. W. Richard Lee

I, Beth Maxwell Stratton, declare as follows:

1. I am the duly appointed, qualified and acting Chapter 7 Trustee in the above-referenced bankruptcy proceeding.

2. I have read the foregoing Motion to Sell Promissory Note Secured by Deed of Trust, and each of the statements made therein are true and correct and are of my own personal knowledge, except as to those which are stated on information and belief and as to those, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 27th day of July, 2010, at Fresno, California.

_____
Beth Maxwell Stratton

1